

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-18-2006

# USA v. Kiam

Precedential or Non-Precedential: Precedential

Docket No. 05-1384

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"USA v. Kiam" (2006). *2006 Decisions*. Paper 1670.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1670

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 05-1384

———

UNITED STATES OF AMERICA

v.

LONG TONG KIAM

<u>Appellant</u>

———

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal No. 04-cr-0436)
District Judge: Honorable Stewart Dalzell

———

Argued December 5, 2005

Before: RENDELL, FISHER, and VAN ANTWERPEN,
<u>Circuit Judges</u>

———

ORDER AMENDING OPINION

———

VAN ANTWERPEN, <u>Circuit Judge</u>.

IT IS ORDERED that the published Opinion in the above
case filed January 3, 2006, be amended as follows:

On page 2, line 36; page 3, line 2; page 3, line 8; and page
9, line 2, "Customs and Border Patrol" should be "Customs and

Border Protection."

By the Court,

/s/ Franklin S. Van Antwerpen
Circuit Judge

Dated:     January 18, 2006